# ATTACHMENT A

## ATTACHMENT A

| IRS NUMBER | ITEM |
|---|---|
| 75130121-01 | $33,641 |
| 75130121-02 | $4,850 |
| 75130121-03 | 2006 Ryder Cup Flag signed by JJ Henry |
| 75130121-04 | Cowboys Helmet signed by Roger Staubach |
| 75130121-05 | Framed picture of boxers signed by Ken Norton |
| 75130121-06 | Men's gold nugget bracelet with "Hippie" in diamonds |
| 75130121-07 | Women's gold chain necklace with diamond teardrop shaped pendant |
| 75130121-08 | Women's gold and diamond necklace with matching bracelet |
| 75130121-09 | Women's 7-diamond pendant |
| 75130121-10 | Women's earrings with pink stones and diamonds |
| 75130121-11 | Men's Grenacher watch with black leather band, white face, gold bezel |
| 75130121-12 | Two women's gold and diamond bracelets |
| 75130121-13 | Men's Philip Stein Watch with 2 faces |
| 75130121-14 | Ladies Rolex Watch with gold band and diamond bezel |
| 75130121-15 | Diamond Pendant on chain with matching earrings in diamond shape |
| 75130121-16 | Ladies gold ring with missing stone |
| 75130121-17 | Ladies gold ring with one raised diamond and multiple small diamonds on band |
| 75130121-18 | Ladies gold hoop earrings with diamonds |
| 75130121-19 | Ladies Christian Bernard Watch, gold |
| 75130121-20 | Gold Calibir Pocket Watch with chain |
| 75130121-21 | Gold ring with diamonds in diamond shape |
| 75130121-22 | Men's large silver ring with multiple diamonds in round shape |
| 75130121-23 | Ladies large gold ring with multiple diamonds in round shape |
| 75130121-24 | Ladies gold ring |
| 75130121-25 | Ladies large gold ring with multiple diamonds in teardrop shape |
| 75130121-26 | Ladies gold ring with wide band and 7 diamonds in flower shape |
| 75130121-27 | Men's gold ring with 3 rows of diamonds |
| 750130121-28 | Gold Krugerand on a chain |
| 75130121-29 | Gold round pendant "HIP" with chain |

| | |
|---|---|
| 75130121-30 | Ladies silver ring with multiple diamonds and adjustable back |
| 75130122-01 | $131,499.67 |
| 75130124-01 | $20,000 |
| 75130128-01 | $222,067.76 |
| 75130128-02 | $38,418.30 |
| 75130128-03 | 800,000 shares of stock in FRTS, Inc. |